UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.252.218.203,<br><br>　　　　Defendant. | Case No. 18-cv-05833-SK<br><br>**ORDER GRANTING EXTENSION OF TIME TO EFFECTUATE SERVICE AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 11 |

Before the Court is a request to extend the time in which to effectuate service on the defendant. (Dkt. No. 11.) Having reviewed the request and good cause appearing, the request is GRANTED. Plaintiff has until March 24, 2019 to effectuate service upon defendant. In addition, the Court continues the initial case management conference currently scheduled for March 11, 2019 to April 22, 2019 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: December 20, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge